1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   RUBEN RONCANCIO,                 )
                                      )
12              Plaintiff(s),         )        No. C10-5111 BZ
                                      )
13        v.                          )
                                      )        **REPORT AND RECOMMENDATION**
14   MARIN HOUSING AUTHORITY, et )
     al.,                             )
15                                    )
              Defendant(s).           )
16   _____)

17        On November 10, 2010, *pro se* plaintiff, Ruben Roncancio,

18   filed a complaint and applied to proceed *in forma pauperis*,

19   pursuant to 28 U.S.C. § 1915(a).  By Order dated December 7,

20   2010, plaintiff's complaint was dismissed with leave to amend

21   on the grounds that the complaint, *inter alia*, failed to

22   allege facts sufficient to state a claim on which relief may

23   be granted.

24        Plaintiff's amended complaint was due by January 14,

25   2011.  Plaintiff has not filed an amended complaint, nor has

26   he asked the Court to continue the January 14, 2011 deadline.

27   Due to the fact that plaintiff has not consented to my

28   jurisdiction, I will have this matter reassigned to a United

                                    1

1  States District Judge and recommend that the complaint be

2  dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) and Fed. R. Civ.

3  Proc. 41(b) for the reasons stated in my December 7, 2010

4  Order.

5      **IT IS FURTHER ORDERED** that the hearing calendared for

6  February 2, 2011, is **VACATED**.

7  Dated: January 28, 2011

8  _____
                    Bernard Zimmerman
9                   United States Magistrate Judge

10
   G:\BZALL\-BZCASES\RONCANCIO V. MARIN HOUSING\REPORT AND RECOMMENDATION
11 DISMISSING CASE.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2